UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday December 4, 2003
1:00 p.m.

CASE NO. **3:01cv1649 MRK**   **Jazloweicki v Nx Networks**

Mark S. Gregory
Kelley Drye & Warren
Two Stamford Plaza
281 Tresser Blvd.
Stamford, CT 06901-3229


Peter Luria
32 East Main St., PO Box 779
Avon, CT 06001


James E. Nealon
Kelley Drye & Warren
Two Stamford Plaza
281 Tresser Blvd.
Stamford, CT 06901-3229

**STATUS CONFERENCE HELD**
DATE: 12/4/03

7 min.


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK