FILED

Dec 12  3 41 PM '03

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

Edward Jazlowiecki  
Plaintiff

Civil Action #: 301-CV-1649(DJS)

v.

Nx Networks, Inc.  
Defendant

December 11, 2003

## MOTION TO DISMISS

The Plaintiff Edward Jazlowiecki hereby moves to dismiss the instant action pursuant to Federal Rule of Civil Procedure 41(a)(1) for the following reason:

1. The only named Defendant in this case, Nx Networks, Inc., filed a Chapter 11 Bankruptcy Petition in the Eastern District of Virginia, Alexandria Division, Case #: 01-14223-RGM.

2. Any claims which Plaintiff has or may have had against Nx Networks, Inc. were resolved by the Bankruptcy Court.

WHEREFORE, Plaintiff respectfully requests that the Court dismiss the instant action pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties understand and acknowledge that this dismissal is only against the named Defendant Nx Networks, Inc. and does not apply to any

claims which Plaintiff has had or may have against individual officers, directors and employees of Nx Networks, Inc. or accountants; auditors and bookkeepers of Nx Networks, Inc.

Peter Luria, Esquire
Attorney for Plaintiff Edward Jazlowiecki
PO Box 779
32 East Main Street
Avon, CT 06001
(860) 674-1411
Federal Bar ID #: CT05285

## ORDER

The foregoing Motion to Dismiss having been heard it is hereby granted / denied.

_____
Judge / Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Dismiss and Stipulation was mailed postage prepaid U.S. Mail first class this 11 day of December, 2003 to:

James Nealon, Esquire
Mark S. Gregory, Esquire
c/o Kelley Drye & Warren, LLP
2 Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

_____
Peter Luria, Esquire
Attorney for Plaintiff Edward Jazlowiecki
PO Box 779
32 East Main Street
Avon, CT 06001
(860) 674-1411
Federal Bar ID #: CT05285