UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------

EDWARD JAZLOWIECKI,

        Plaintiff,

        v.

NX NETWORKS, INC.,

        Defendant.

------------------------------------------------------x

Civil Action No.
3:01CV1649 (DJS) MRK

December 9, 2003

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Edward Jazlowiecki ("Plaintiff") and Defendant NX Networks, Inc. ("Defendant") hereby stipulate to the dismissal of the above-captioned action.

THE PLAINTIFF
EDWARD JAZLOWIECKI

By: _____
Peter Luria, Esq. (ct05285)
P. O. Box 779
32 East Main Street
Avon, Connecticut 06001
(860) 674-1411

THE DEFENDANT
NX NETWORKS, INC.

By: _____
James E. Nealon, Esq. (ct08161)
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901
(203) 324-1400

CT01/NEALJ/200068.1