UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
EDWARD JAZLOWIECKI,

        Plaintiff,                  Civil Action No.
                                     3:01CV1649 (DJS) MRK

        v.

NX NETWORKS, INC.,

                                     December 9, 2003

        Defendant.
------------------------------------------------------------x

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Edward Jazlowiecki ("Plaintiff") and Defendant NX Networks, Inc. ("Defendant") hereby stipulate to the dismissal of the above-captioned action.

THE PLAINTIFF
EDWARD JAZLOWIECKI

By: _____
Peter Luria, Esq. (ct05285)
P. O. Box 779
32 East Main Street
Avon, Connecticut 06001
(860) 674-1411

THE DEFENDANT
NX NETWORKS, INC.

By: _____
James E. Nealon, Esq. (ct08161)
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901
(203) 324-1400

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk

FILED 2003 DEC 17 A 10: 24
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CT01/NEALJ/200068.1